(9th) Ninth Federal District Courts US of A.
Southern, Central and Phoenix Courts
880 Front Street Ste 4290
San Diego Ca 92101-8900.

FILED
JAN 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

6  Mr. James Lynn Hines
7
8  Eric S. Pierson c/o of A.D.O.C.
9  Appeals Unit Administrator.
10 Warden Ontiveros Florence
11 Calif, & Ariz. Dept of Corr.

'08 CV 0178 DMS NLS
CASE NO. #

13 F.C.R. of P. 5.(c)                    28. USC § 1332(a) --- ---
14 Numerous Defendant(s).               diversity jurisdiction
15 Peace Officer Assoc. Union           over $75,000.00 Injuries #
16 California Correctional Peace        42 USC § 1983 --- ---
17 Officer Association                  Civil Rights jurisdiction #
18 18, USC §§ 2510 to 2520 §            ☒ Original complaint
19 "Electronic Communications"

20          A. Jurisdiction
21    1. This Court has jurisdiction over this action
22 pursuant to: 28 USC § 1331. Bivens, (and) v. Six
23 Unknown Federal Narcotics Officers, 403 US 388
24 1971 : 42 USC § 1983 Civil Rights Complaint
25 Insurance 110 Medicare Act 151 Other Contract
26 Personal Injury Medical Malpractice 362 Torts
27 Civil Rights 442 Employment Prisoner Petitions 535
28 Death Penalty and 550 Civil Rights 18 USC § 18
29 18 USC § 3041 Organizational Victim, State Local officer #

(1)

1. Name of Plaintiff: James Lynn Hines
2. Mongol prospect name: Jackson Malloy
3. Native American name: Yellow Fox
4. Present mailing address: Box 3400 1-Dog-40
5. SMU II Eyman Complex ASPC Florence State Prison
6. Florence Arizona, 85232
7. 
8. Institution/city where Violation occurred:
9. Interdepartmentally In Transition by Electronic
10. Surveillance Interstate Compact Agreement Contract
11. for Civil MDO parollee of Atascadero State
12. Hospital with Parole Dept Region IV San
13. Diego to Santa Barbara w/and Community Services
14. Divisions ... Conrep Dir. Ms. Jane Shell, Dr. Williams,
15. Southpoint Dr. Bert Jarvis Nelson Haven Board
16. Care Home 22nd Street San Diego to Phoenix
17. 1300 W Pierce and 1223 Grand Ave D & L
18. Auto Collision and Behavioral Science Systems
19. Rehab Church properties w/ underground Bath-
20. house adjacent to Fat Cats Bar, audio video
21. surveillance Greyhound Bus Lines, Yellow cab, and
22. Coss Homeless Shelter Phoenix State Capital
23. Sept 12th to Oct. 7 2004 to Arizona Dept
24. of jails and Dept of Corr. 10-10-04 to 8-6-05
25. Ad-seg Investigation Lockup orders pre-post
26. injuries and G.J.I. and pre-trial, trial, and
27. appt. of counsels and conviction due to a
28. Motion In Limine See: Hines V. Bertos CV-05-7939
29. (CAS) (MAN)                    (2) Ineffective Assist of Counsel.

1. Rule 6. Discovery (a) Leave of Court Required:
2. sic ... If necessary for effective discovery
3. the judge must appoint an attorney for a
4. petitioner who qualifies to have counsel
5. appointed under 18 USCA § 3006 A.
6.     Faretta V. California  422 US 806
7. (1975) Right to counsel of ones own choice
8. Conflict of Interest with States appt. of attys.
9. California to Arizona from 1998 to 2004 to
10. date of E.P.R.D w/out Notice of Parole Violation
11. Morrissey V. Brewer  408 US 471 1972 ...
12. in re: Bonn & Bonn of San Jose Ca ... Foley &
13. Lardner ... Elliot Krunsky of Sherman Oaks Ca
14. ... & or/and Joseph L. Cimbrone of San Diego
15. Ca. 10-2-85, 10-3-85 Car accidents to
16. 10-7-04  1300 W. Pierce & 1223 Grand Ave
17. at location of arrest  D & L Auto Collision &
18. Behavioral Science Systems Rehab  aka Health
19. Systems Inc ... a Behavioral Science psychology,
20. anthropology and sociology computer audio video study
21. of Alpha Biological - Medical research. Technologists.
22. Psychologists, Psychiatrists Police and Medical w/
23. Banner Medical Group. ALL State Insurance and
24. Geico Insurance Co. for Med-caid Medi-cal
25. exp. 2004 for plaintiff Hmo provider and
26. Claimant / declarant... VS. Respondant.
27.     United States V. Bailey Alternative Sentencing
28. ABA standards supra 3 of 3  §. United States V. Torres
29. 751 F2d 875 7th cir (3) 1984 Television Surveillance.

1. Rule 44. Right to Appt. of Counsel subdivision (b)
2. Criminal Justice Act 1964 36 FRD 277 (1964).
3. Phillips and Associates and the Natl. Prison Project
4. for prisoners ACLU 733 15 Street N.W. Ste.
5. 620. Washington D.C. 20005 & 1875
6. Connecticut Avenue N.W. Ste 410 Washington
7. D.C. 20009.   202-234-4830. [RSVP/VIP]
8.      18 USCA § 2510(4) Criminal Law
9. Federal Wiretapping Act.  adverse authority.
10. Public Authority Special Authority Naked Authority
11. Automatism. Actions Conduct. occurring w/out
12. will actions purposes reasoned intention mental
13. diss association w/out full awareness, though
14. capable not conscious Consciousness. George
15. Whitecross Paton a textbook of jurisprudence
16. 315 4th ed. (1972). Apparent Authority as:
17. Insurance Law John Alan Appleman Jean Appleman
18. practice § 8674 Authority coupled w/ an Interest
19. public/private. 18 USCA § 1961 (4) United
20. States v. Turkette 452 US 576 101 Sct
21. 2524 (1981) Victim allocution Fed. Crim Rule of
22. Proc. 32 (c)(3)(c) Alibi in defense Rules 21,
23. 7.1  15. detained material witness 18 USC 3144.
24. Racial-Religious-Sexual gender and Gay Rage
25. Hostile sexual harassments in custody: PREA.
26. Prison Rape Elimination Act of 2003 PREA LAW
27. S. 1435 signed by President Bush.
28.     To show an exigent need for appt of an
29. impartial unbiased non familiarized counsel or a
30.                (4)

1. attorney as selected from ACLU Nat'l
2. prison project Washington D.C. (mentioned
3. herein) # Prison to Hospital to Prison
4. to Hospital to Prison Calif to Ariz Oct
5. 3rd 1985 to Oct 7th 2004.
6. Association in fact exist Pattern of =
7. Racketeering Activities w/ police, health care.
8. Physical, Emotional distress and Post traumatic
9. Stress disorders co-dependantly do exceed
10. $75,000.00 treble enhanced $25,000.00 a
11. month and/or $500.00 a day 42 usc §
12. 1396 r for plaintiff to claim as civil
13. MDO parollee abaliennated, abandoned by
14. State Federal Calif Dept. of Rehab and
15. LCSW Bonnie Onley Dave Mullins Jane
16. Shull Dr. Williams of San Diego County
17. Mental Health Forensics Team Con Rep as
18. aka Jackson Malloy K86989 #. because of
19. Incompetent advice of counsel 4 Ann Taylor
20. Schwing California Affirmative Defenses
21. § 41-26 at 82 2d ed 1996. See:
22. Appreciation Test 18 USCA § 17. Rule 11
23. Competency as James Lynn Hines 197067, are
24. reports complimentary of highly functioning
25. GED graduate and Culinary Arts Degree
26. w/ State of Missouri Boonville, = Columbia
27. Mo. / on 10-7-04 "unconsciousness" arrested at
28. Good Samaritan Hospital --- Banner Medical
29. Group --- Advocate Witness Rule Attorney denied.
30. (5)

1. Codicil or contestant to an Inheritance a
2. large estate Cole Acres Bof A deposits
3. 3-26-06 retro active to 1974. $1,000,000.00
4. A treatise on Wills, on the law of wills at §
5. 7 no 11 1900 ... West 1983 US Const.
6. Art. 1 § 7. § 3 Guide to American Law. 165.
7. 66. abunare, ability, to abalienate ---
8.     Favored beneficiary is oppressed and
9. suppressed under duress of Arizona computer
10. televised surveillance audio-video tactical
11. deployment ... pending adjudication with
12. Respondant Bank(s) Depository Banks that
13. act as an Intermediary.
14.     The Automated actions and conduct
15. after and prior to 10-7-04 are Identified
16. as deliberate elicitation to self Incriminate
17. to discredit, disinherit witness and to
18. deny employment of visually disabled
19. prisoner/parolee 42 USC §§ 12101-12213
20. by Defendant(s) against plaintiff with
21. policy that private and public governmental
22. agencies are prohibited from discriminating
23. against because of race, religion, sex, or/
24. and disability. Supplemental jurisdiction
25. Statute 28 USC § 1367 rather than
26. opinion is applicable any where in the 9th
27. District Region IV parole and Community Services
28. Division. Agreement (ACC § 1-201 (3)
29. Breach of Contract § 2 at 6 Walcer H.E.
30. Jacserted 3d ed (6) (952) Contracts. #

1. Aguilar v. Texas 378 US 108 84 Sct
2. 1509 (1964) Spinelli v. United States 393
3. US 410 89 Sct 584 (1969) reliability
4. of Information and person must be Independantly
5. shown = Aguilar Spinelli Test.
6.
7. Evidence after 10/15 yrs. Fed. Rule Evid
8. 901 (b) (8) Fed Rule of Evidence 801 (d)(2)
9. Admission by a party opponent adverse witness
10. adverse dominion --- From Missouri to
11. Calif to Arizona racial apartheid by
12. Church/State Rule 32.(3) filed in Pinal
13. County 12-14-06, 2-14-07 for ARS-41
14. -1493 01 (0) Religious Oppression Civil Rights
15. Discrimination that grant only a Federal
16. prisoner relief Pinal to Maricopa County
17. Notice of : (Motion to Vacate judgement 28
18. USC §2255 (1970). United States v. Hayman
19. 72 S Ct. 263, 342 U.S. 205, 96 LEd
20. 232 (1952).).
21.
22. (1) The Defendant is a member of the Pierson
23. family of Pierson Street Church a Baptist
24. Teen Challenge Church in Phoenix Az.
25.
26. (2) The Plaintiff is a member of the Pierson
27. family of Pierson Street Church a Baptist
28. or "St. Jean Pierre Baptist the Red Church"
29. non-cognizable of plaintiff as oppressed Catholic.
30. (7)

(3). Plaintiff is a Native American of Seminole (Blackfoot) Cherokee - Choctaw Mississippi - Florida blood by Mother Mrs. Linda Sue Pierson - Hines a medical - malpractice victim by Westside Pentecostal Church w/ State Dept. of Corr. in Missouri 1989 1990 Church of the Nazarene Memorial services. The Elzy-Pierson Nazarene associates of Tom Metzger of Fullbrook Ca. San Diego County.

(4). Exhausted State Remedies as to the Overfamiliar Status in custody Letter to Warden 11/13/06. Grievances Moot and Detention as Appeals Unit Administrator Claims disrespect to punitively house plaintiff w/ after surgical wieght loss of 100 lbs. # 10-06 retro 10-05 to 11-07. After 2 Buckeye to Florence prison trans. that was a result of electronic surveillance homophogism assault w/ syringe by Paul Copas David Jimmie Paul Davis David Grey. White and brown vs. Black; white Spanish - Dutch and LDS of Hmi - Cole Kentucky Illinois - Religious Apartheid for Racial Motives, and sexual St. Thomas of Aquin's. oppression reverse racial.

(5). Proof of Injuries - retro active to 10-7-04. up to date = as "Jacobs Ladder" based on

(8)

1. Genesis 32:22 ot NIV Bible Baptist
2. Reference Bible.
3. (6) Mother of plaintiff killed for Exodus
4. 17:15.
5. (7) Custody of child taken by church
6. for 1 kings after I and II Samuel. The
7. reasons for Brentwood Ca. double homicides.
8. w/ plaintiffs cousins David Cole-Clark and
9. Jennifer Kowalski, David Smith, Mark Whosten
10. Kowalski, Ronald Goldman, Nicole Brown
11. Simpson, sister Lori Ann Colebert and
12. Niece Jennifer Michelle Colebert a Mason
13. plot of Biblical reference, Jatte Tries
14. E.S. Baptist W.S. Pentecostal Dutch and
15. Spanish Conglomeration of St. Thomas Parish
16. of Agsini for mexican-asian's Jury Uraoza
17. Cpr Martinez - Cpr Oriz, Cpr Ruiz and
18. Santa Barbara to San Diego to Phoenix
19. Dept. ot Corr. personnel, Flagstaff Az.
20. Cindy Smith and childs wife Ms. Ambrosia
21. Gillier - Smith w/ illegal custody. ARS 36-
22. 339 (C) (3) missing child after 6-99 &
23. 10-99 at CSP Corcoran state prison IV A
24. SHU yard family visits.
25. (8) Plaintiff is a witness to the double
26. homicides case 'per 1895 and in need of
27. Federal placement custody issues. Plaintiff
28. has handled evidence clothes, knife, CD Rom
29. w/ computer purchase of JR Commadore 64 w/ discs.
30. (9)

(9)

1. Short concise and Direct: Plaintiff by Defendant(s)
2. has been on computer surveillance audio video
3. interactive behavioral science analysis from Cor-
4. SHU to ASH via Folsom Kelsey v. Rushing hearing
5. that ordered no involuntary medication needed (at
6. 185 lbs. now 150 lbs.) Interstate Compact
7. Agreement Contract 4th Waiver and/or car &
8. stress seasonal of violent audio stimulation program
9. by parole dept 1998 to 10-7-04 to 11-13-07
10. to EPRO of 2-17-10 if not preliminary
11. injunctively relieved of as Cal-t parole violator
12. w/ new term denied Notice of Parole Violation
13. as alien Jackson Malloy K86484 a Mongol MC
14. recruit/prospect name of Mongol Chris Wagner
15. of San Diego. # Leonr class suits and the
16. Fed Rules 22 Minn Law 34 1937 joint
17. common or secondary right. #

18. (10).
19. On 10-7-04 plaintiff was in altercation justifiable
20. in defense of third party (Mother) of (child) as a
21. parent and property and possessions c/w song lyrics
22. that went to keith urban as did eye wit status
23. to keith kealii 1946 at CMC San Luis Obispo Ca
24. & Del Mar, Calif to Dr. Jaffes condo. Black
25. Mercedes 360 sc police detail after homicides
26. in Brentwood blood spots and fibers of clothes
27. skin blood tissues etc. DNA. deoxyribonucleic
28. acids. phosphorous sugars. Hair/skin/blood "Lab test"
29. Dr. Michael A Jaffe of Jaffe Inc is a Forensic experts
30.                              (10)

1. Dr. Michael A Jaffe Letter of reccommendation to
2. BPT San Diego contd residence, job, relationship
3. for sexual favors. Ms. Cox Chairperson BPT San Diego
4. RJ Donovan state prison Parole Violation 1-4-94 –
5. Force Assault w/ deadly weapon not firearm, great
6. bodily injury likely / prosecution rejected lack of
7. corpus.  9-26-91  Sale of marijuana to "Kenneth
8. Pierson" SDPD Narcotics Agent Balboa park San Diego
9. Ca 3 yrs. probation pro per 63 days in jail Parole
10. revoked on 11-16-92 #. The 1-4-94 Dr Jaffe
11. Letter of reccommendation to parole office BPT is
12. based on automated behavior the computer study of
13. behavioral science -> psychology, morphology and
14. sociology. Cyber subjugation to deliberately eliminate
15. self incriminating behaviors "Case dismissed." the
16. 9-26-91 crime shows over twenliving w/ Pierson
17. Family - Blu + discriminatory. (produced and directed.)
18.
19.    Petitioner Plaintiff has appealed honesty to Eric
20. S. Pierson as to staff use of audio-video
21. stimulation to simulate anger by trigger responses
22. w/ behavioral science at ASPC Florence and Eric
23. S. Pierson has denied appellate procedure at the
24. administrative level Exhaustion of state remedies.
25. 42 usc 1997 e (a) - (½ truths or false
26. statements by staff ARS 38-611 and/or ARS #
27. 41-1604 false statements A-6 A-8. Contradicting
28. Staff. Compensation should be time credit restoration
29. Class II parole status for law library reprisal on case.
30.                          (11)

* Issues.

1. Ars Chpt. 11 State Dept. of Corr. ARS 41-1602 (A)(B)
2. purpose of rehabilitation Institutionalization and
3. community services supervision function of all adult
4. offenders - Abuse of state agency web site
5. ARS 41-4151 -4152 4153. Reports Obligation
6. access should not be used to deny plaintiff
7. 6th Amend U.S. Const. Rights State to State in
8. pursuit of justice excessively cruelly or unusually
9. to inflict a harsher sentence or punishment of a
10. paralled Fugitive of justice w/ activated warrant
11. for absconding to Arizona Phoenix State Capital
12. to see: Governor Janet Napolitano w/ Calif State
13. Legislature spokesperson Chrissie keyba ec.
14. copied correspondance letter Inre: Parental
15. custody Fathers Rights* Sacramento to Phoenix.
16. also for plaintiffs Seminole mother* at St. Louis
17. Hospital 1989 to 1990 and 1982-81 concer
18. by locc of Dr. Miller -Jath a female who
19. did cumlinte vindictively for Uncle Bobby Bujalaies
20. of San Quintin Calif a Death Row Releasee
21. to PAO/SAO no coc involved in Los Angeles
22. Ca. Tate-Folger Homocides. Joe Jath and
23. Michael Jath of Jath Inc well known
24. to petitioner since 1970's Decatur Illinois
25. 1980's St Louis Mo. Cabala Cunasta orientated
26. Chandra Levy of U.S. Bureau of Prisons w/ Gary
27. Conduit of Modesto Ca -- issues) and (child
28. custody -- Psych malpractice at ASM*'s and

(12)

Case 3:08-cv-00178-DMS-NLS   Document 1   Filed 01/28/2008   Page 13 of 17

1. 30 day parole transfer to Arizona to stop electronic
2. surveillances systems of defendant Missouri to Calif. to
3. Arizona.
4.
5. All of the Attorneys provided to plaintiff-petitioner
6. have not provided effective assistance of counsel
7. by Cantor-Fitzgerald Network of stock-shareholders ...
8. as: Peter Deddeh & Associates (San Diego Ca.) Christopher
9. Crisarius (San Luis Obispo Ca) Jason Leonard & Assoc.
10. (Phoenix Az) Kenneth J. Countryman P.c. esq. (for the
11. Cole Family - Hissong family noted on Rule 32 PCR as
12. Stating nothing "Viable" on April 23rd 2007. (after purchasing
13. a Volkswagen)(at estate of plaintiff "favored beneficiary" of
14. $100,000.00), + plus ... # for incriminating behavior to
15. Mother Linda Sue Pierson Hinos, sister of Betty Rose Cole
16. by Insurance Conglomerate of Allstate, Geico Ins. Co.
17. Prudential, State Farm Ins. Co., cd Rom video comp. Lab
18. at Estate address of Century Home over 100 yrs old
19. Missouri Historical Society to Crestwood with residents of
20. Coldwell Banker on cd Rom surveillance ... Conflict
21. of Interest. ... proof of existence of relationship ...
22. racketed ... #. San Diego St Louis Pho Az pre-med) #
23. State Bar complaints on file w/ forensic composites sketches.
24. Sec: Los Angeles Comprehensible point Ineffective assist
25. of advisory counsel OS 7434 cas (mo). Specifically
26. over generalizations of deprivations of 6th Due process or
27. and Constitutional Rights by "Motion in Limine" filed by
28. Maria L Schatter Public Assist of Counsel Public defenders
29. office; need expressed for an attorney is/as exigent.
30.                                (13)

1. Advocate Witness Rule, Hertzberg Leslie Witness Protection Act
2. of Calif. p.c. that would restore employment (1) Honeymakers
3. (2) child custody missing child (3) resolve - absolute Insurance
4. dispute w/ Church over "Living Will" and (4) Guarantee
5. the punitive compensatory damages sought by plaintiff to be
6. in excess of 75,000.00 state to state w/ defendant.
7.
8. Retrospectively Inre: pg. 3. United States v. Bailey line 27
9. to 29 and United States v. Torres ABA Standards 3§3
10. Supra) ... 751 F2d 875 7th Cir (1984) Television
11. surveillance ... Matthews Balancing Test, Administrative
12. or/and Active Supervision has denied to alternatively
13. place plaintiff over re-incarceration w/ co-defendant
14. William Torres. Listed as co/defendant to indicate the
15. text as succinctly provisional bi-lingual courts that
16. along w/ jury selection denied comparitive disparity in
17. Batson challenges to ensure a fair and impartial jury
18. selection after an oral "Change of Venue" motion was
19. denied on 3/30/05. # Claimant demonstrates the
20. jurisprudence of mode of conduct as fundamentally in
21. error as colorable to be allowed a Federal discretionary
22. review cognizable on Parole Violations Federal placement custody
23. and appt. of counsel forthwith. Pleads and prays the Plaintiff.
24. pg 2. "Motion in Limine" pg. 13. "Motion in Limine" Generalized and
25. specifically #, Inre attys. eq).
26.
27. Defendant Pierson is from San Diego. and also plaintiff w/
28. history reflective of over-familiarity and it is the plaintiffs
29. 14th Amend. Right as a 1/2 breed Native American to be
30. (14.)

1. Allowed a Federal prison transfer that would ensure the
2. benefits of employment, financial dividends, stipends,
3. of $100,000.00 dollar interest in Cole Estates Series of
4. Stocks, bonds, shares, etc. that is in controversy now
5. for a Alcohol Tobacco Firearm issue in re: (Liquor License
6. of local Bar at 1223 Grand Ave. that utilizies the
7. surveillance systems that caused arrest at location of
8. melee w/ others. 911 calls CAD Reports documentary
9. evidence as supportive succinctly to "gang violence."
10. Racially Religiously Motivated with no sexual overburdsome
11. influence by defendant Pierce to Pierson Street Sn.
12. Thomas of Aquini Church Parish a Gay, Lesbian, Bi-
13. sexual Church. San Diego Hillcrest St. Thomas of Aquini
14. parish location and Golden Hills location site of
15. Board of care of plaintiff 22nd Street specifically
16. located adjacent to above and below grounds as is
17. Phoenix w/ access to alcohol tobacco firearms) of Illinois
18. w/ land property interests of Moultrie and Macon County. Approx.
19. five (5) acres - "unestimatable value." In the Sixth Judicial
20. Circuit of the state of Illinois. Mississippi, South Dakota,
21. Oklahoma and/or Florida for Federal placement is the
22. alternative or amended judgement preferred by Mr. Joe
23. Cole Uncle of Cole Estates or Grandfather W.L. Pierson to
24. goto Boston Massachussetts Uncle of Joe Cole as a 1/2
25. breed 42 cjs of 3 Indians Mixed Bloods to avoid
26. religious oppression (plaintiff prefers South Dakota area
27. over all, along Mississippi and Indian Rivers accessable
28. from Missouri.) * For Federal placement as a Native
29. American, Fed. Chief Gomez of the Blackfoot Tribe.
30. (15)

1. Conclusion... All necessary memos and measures
2. have been presented to the courts for discretionary
3. review forthwith In compliance with the rules and
4. regulations for judgement to be rendered - This conclusion
5. forthwith is hereby cognizable on behalf of
6. Appellant.
7. 11/13/07                    Jam L Olsen 193067
8.                             "Yellow Fox"
9.                             aka Jackson Mabby K81989

11. Proof of service:
12. Copies for opposing parties have been deposited and
13. mailed In the U.S. postal service to Missouri:
14. (A) Jeremiah W. "Jay" Nixon  Supreme Court Bldg. 207 W. High
15. Street Jefferson City M. 65101.
16. South Dakota - (B) Mark Behrcer  500 E. Capital, Pierre, S.D.
17. 57501-5070.
18. (C) Bill Lockyer  1300 J Street Ste. 1740 Sacramento, Ca
19. 95814.
20. (D) Janet Napolitano  1275 W. Washington Street Phoenix Az
21. 85007. #

(16)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

James Lynn Hines

DEFENDANTS

Pierson, et al

FILED
JAN 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILING FEE PAID: Yes __ No ✓
IFP MOTION FILED: Yes ✓
COPIES SENT TO: Court ✓ Pro Se

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James Lynn O'Hines
Box 3400
Florence, AZ 85232
K-86989

ATTORNEYS (IF KNOWN)

'08 CV 0178 DMS NLS

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE 1/28/2008    ~~SIGNATURE OF ATTORNEY OF RECORD~~
R. Miller